# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACEDRIC JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT FRAUENHEIM, et al.,<br><br>    Defendants.<br>_____/ | Case No. 1:14-cv-01601-LJO-SKO (PC)<br><br>ORDER DIRECTING THAT ACTION PROCEED ON CLAIMS FOUND TO BE COGNIZABLE IN FIRST SCREENING ORDER, AND DISMISSING OTHER CLAIMS AND PARTIES<br><br>(Docs. 7-9)<br><br>ORDER REFERRING MATTER BACK TO MAGISTRATE JUDGE TO INITIATE SERVICE OF PROCESS |

       Plaintiff Lacedric Johnson ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 14, 2014. Plaintiff filed an amended complaint as a matter of right on November 24, 2014. Fed. R. Civ. P. 15(a)(1).

       On June 29, 2015, the Magistrate Judge screened Plaintiff's amended complaint and determined that it stated for monetary damages against Defendants Santos and Salas for violation of the First Amendment's Free Exercise Clause; against Defendant Santos for violation of the Fourth Amendment; against Defendants Santos, Leon, Espinosa, Benavides, Bejinez, Erickson, Hill, Kennedy, Lopez, Luna, Ramirez, Salas, Trinidad, and Deshazo for violation of the Eighth Amendment arising out of the use of excessive physical force; and against Defendant Bejinez, Trinidad, Deshazo, George, Hansen, Liebold, Sharp, and Hoggard for violation of the Eighth Amendment arising out of the denial of adequate medical care. 28 U.S.C. § 1915A. The

Magistrate Judge found that Plaintiff's amended complaint did not state any other claims for relief against any other parties; and Plaintiff was ordered to either file a second amended complaint or notify the Court of his willingness to proceed only on those claims found to be cognizable.

On July 8, 2015, Plaintiff filed a notice stating that he does not wish to file a second amended complaint and he is willing to proceed only on his cognizable claims. Plaintiff also clarified that R. Newton is intended to be a defendant, in compliance with the order. Accordingly, based on Plaintiff's notice, the Court HEREBY ORDERS as follows:

1. This action, which limited to damages, shall proceed against (1) Defendants Santos and Salas for violation of the First Amendment's Free Exercise Clause; (2) Defendant Santos for violation of the Fourth Amendment; (3) Defendants Santos, Leon, Espinosa, Benavides, Bejinez, Erickson, Hill, Kennedy, Lopez, Luna, Ramirez, Salas, Trinidad, Deshazo, and Newton for violation of the Eighth Amendment arising out of the use of excessive physical force; and (4) Defendant Bejinez, Trinidad, Deshazo, George, Hansen, Liebold, Sharp, and Hoggard for violation of the Eighth Amendment arising out of the denial of adequate medical care;

2. All other legal claims, including Plaintiff's due process claim, 42 U.S.C. § 1985 claim, and state law claims, are dismissed from this action for failure to state a claim;

3. Defendants Beard, Frauenheim, Fisher, Shimmin, Herrera, Mendez, and Woodend are dismissed from this action for failure to state a claim;

4. Plaintiff's claims for declaratory and injunctive relief are dismissed; and

5. This action is referred back to the Magistrate Judge to initiate service of process

IT IS SO ORDERED.

Dated:  **July 9, 2015**              /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE

.

2