# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACEDRIC JOHNSON, | Case No. 1:14-cv-01601-LJO-SKO (PC) |
| Plaintiff, | ORDER STRIKING UNSIGNED REPLY TO ANSWER |
| v. | (Doc. 22) |
| SCOTT FRAUENHEIM, et al., | |
| Defendants. | |

Plaintiff Lacedric Johnson, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 14, 2014. This action is proceeding on Plaintiff's amended complaint against (1) Defendants Santos and Salas for violation of the First Amendment's Free Exercise Clause; (2) Defendant Santos for violation of the Fourth Amendment; (3) Defendants Santos, Leon, Espinosa, Benavides, Bejinez, Erickson, Hill, Kennedy, Lopez, Luna, Ramirez, Salas, Trinidad, Deshazo, and Newton for violation of the Eighth Amendment arising out of the use of excessive physical force; and (4) Defendant Bejinez, Trinidad, Deshazo, George, Hansen, Liebold, Sharp, and Hoggard for violation of the Eighth Amendment arising out of the denial of adequate medical care.

///
///
///
///

1  On October 23, 2015, Plaintiff filed an unsigned reply to Defendants' answer.  Unsigned
2 filings cannot be considered by the Court and Plaintiff's reply is HEREBY ORDERED
3 STRICKEN from the record.[1]  Fed. R. Civ. P. 11(a); Local Rule 131.

IT IS SO ORDERED.

Dated:   **October 26, 2015**                             /s/ **Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff should not refile his reply.  Neither the Federal Rules of Civil Procedure nor the Local Rules provide for a reply to an answer, absent an order from the Court requiring one, and in this case, the Court did not order one.  Fed. R. Civ. P. 7(a)(7).

2