1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   LACEDRIC W. JOHNSON,                    CASE NO. 1:14-cv-01601-LJO-BMK

12              Plaintiff,                   **ORDER ADOPTING FINDINGS AND**
                                             **RECOMMENDATIONS TO DENY MOTION**
13        v.                                 **FOR PRELIMINARY INJUNCTIVE RELIEF**

14   J. BEJINEZ, et al.,                     **(ECF No. 47 & 43)**

15              Defendants.

16

17

18          Plaintiff is proceeding pro se and in forma pauperis in this civil rights action

19   brought pursuant to 42 U.S.C. § 1983. On February 26, 2016, Plaintiff filed a motion for

20   judicial intervention requesting, among other things, that an order issue directing

21   Defendants to cease and desist "unethical conduct" and admonishing prison officials to

22   "better regulate their legal mail." (ECF NO. 43.) The matter was referred to a United

23   States Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 302 of the

24   United States District Court for the Eastern District of California.

25          On April 19, 2016, the Magistrate Judge issued Findings and Recommendations

26   (F&Rs), construing Plaintiff's February 26, 2016 request as a motion for injunctive relief

27

28

and recommending that the motion be denied. (ECF No. 47.)[1] Plaintiff was given thirty (30) days to file objections to the F&Rs. (*Id.*) Plaintiff failed to file objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the F&Rs to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts in full the F&Rs filed April 19, 2016 (ECF No. 47);

2. Plaintiff's February 26, 2016 request (ECF No. 43), construed as a motion for preliminary injunction, is DENIED; and

3. The matter is referred back to the magistrate judge.

IT IS SO ORDERED.

Dated:   __December 16, 2016__        _____/s/ Lawrence J. O'Neill_____
                                    UNITED STATES CHIEF DISTRICT JUDGE

---

[1] Also included in Plaintiff's February 26, 2016 request was a request to late-file an opposition to Defendants motion for summary judgment. The Magistrate Judge addressed the timeliness of Plaintiff's opposition filing in the context of an Order Granting in Part and Denying in Part Defendants' motion to strike. (See ECF No. 46.) Defendants' opposition was deemed timely filed, so his request to late file is moot.