# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LACEDRIC W. JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>FRAUENHEIM, et al.,<br><br>    Defendants. | Case No. 1:14-cv-01601-LJO-SKO (PC)<br><br>**ORDER SETTING DEADLINE FOR PLAINTIFF TO FILE A REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S REQUEST TO AMEND OR ALTER JUDGMENT UNDER RULE 59(e)**<br><br>**(Doc. 69)**<br><br>**FOURTEEN (14) DAY DEADLINE** |

On March 27, 2017, Plaintiff filed a "Motion to Alter or Amend Judgment" (Doc. 67), challenging the Court's order of March 1, 2017, (Doc. 63), which granted Defendants' Motion for Summary Judgment for Plaintiff's failure to exhaust available administrative remedies. Defendants were directed to file an opposition and have complied. (Docs. 68, 69.) In their opposition, Defendants indicate that Plaintiff's motion fails to show any new facts, new law, or manifest errors of law or fact upon which the judgment rests tantamount to manifest injustice. (Doc. 69.) Defendants assert that Plaintiff's motion should be denied as it merely rehashes Plaintiff's opposition to Defendants' Motion for Summary Judgment. (*Id.*)

Accordingly, it is **HEREBY ORDERED** that Plaintiff is granted **fourteen (14) days** from the date of service of this order to file a reply, if any, to Defendants' opposition.

IT IS SO ORDERED.

Dated: **May 19, 2017**                              /s/ *Sheila K. Oberto*
                                                                                 UNITED STATES MAGISTRATE JUDGE